DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **NOTICE OF RELATED CASES** |
| v. | ) | |
| | ) | |
| $46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $28,871.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, AND $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COMES NOW Plaintiff United States of America, by and through counsel, pursuant to D. Ak. Local Rule 40.2, and hereby notifies the Court of pending criminal and civil cases

that are related to this civil forfeiture proceeding. The related criminal case was brought before the United States District Court for the District of Alaska, titled <u>United States v. Thomas P. Ranes, et al.</u>, Case No. 3:06-cr-00041-RRB, pursuant to an April 19, 2006 Indictment and a June 21, 2006 Superseding Indictment. The related civil case was initiated by this office, titled <u>United States v. 1301 Muldoon Road, et al.</u>, Case No. 3:06-cv-00118-RRB, pursuant to a Verified Complaint for Forfeiture filed on May 19, 2006. Both forgoing criminal and civil cases are related to this civil forfeiture case because the Defendant bank account funds are subject to forfeiture in this case based upon the same factual basis involved in the criminal and civil cases. Therefore, because the criminal and civil cases are still pending before the Court, assignment of all three cases to the Honorable Ralph R. Beistline would likely be the most efficient use of judicial time and resources.

DATED this 26th day of June, 2006 in Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney

        s/Frank V. Russo
        FRANK V. RUSSO
        Assistant U.S. Attorney
        222 W. 7th Avenue, #9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing NOTICE OF RELATED CASE was served via Certified U.S. Mail, Return Receipt Requested (together with the Verified

Complaint for Forfeiture), this 26th day of June, 2006, on:

NADA MORTENSON     (Conservator for Thomas M. Cody, IV)
3731 214th Lane NW
Oak Grove, MN 55303

WILL SHERMAN     (Counsel for Nada Mortenson)
645 G Street, Suite 100
Anchorage, AK 99501

s/Frank V. Russo

U.S. v. $46,911.64 In U.S. Currency, et al.
Notice of Related Case                          3