DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **MOTION FOR LEAVE TO FILE** |
| v. | ) | **SEALED AFFIDAVIT IN SUPPORT** |
| | ) | **OF CIVIL FORFEITURE COMPLAINT** |
| $46,911.64 IN U.S. CURRENCY | ) | |
| HELD IN NORTHRIM BANK | ) | |
| ACCOUNT NUMBER 7100390025, | ) | |
| $45,571.70 IN U.S. CURRENCY | ) | |
| HELD IN FIRST NATIONAL BANK | ) | |
| OF ALASKA ACCOUNT NUMBER | ) | |
| 30425268, | ) | |
| $28,871.70 IN U.S. CURRENCY | ) | |
| HELD IN FIRST NATIONAL BANK | ) | |
| OF ALASKA ACCOUNT NUMBER | ) | |
| 30481808, AND | ) | |
| $6,864.48 IN U.S. CURRENCY HELD | ) | |
| IN ALASKA USA FEDERAL CREDIT | ) | |
| UNION ACCOUNT NUMBER 204509, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and hereby moves the Court for leave to file, under seal, the Affidavit of IRS Special Agent Lawrence Calderone in support of the Verified Complaint for Forfeiture. Since the related criminal case of United States v. Thomas P. Ranes, et al., Case No. 3:06-cr-00041-RRB, is still pending before the Court, the government seeks to protect the identities of, and information provided by, the confidential witnesses and co-defendants. The subject Affidavit reveals communications and evidence involving marijuana distribution and money laundering activities, which are at issue in the criminal case. If the Affidavit was divulged to the public via open filing at the Clerk's Office, the foregoing criminal case, and the identities of the confidential witnesses and co-defendants, would be seriously jeopardized.

WHEREFORE, the government respectfully requests the Court to enter an order allowing the government to file this Affidavit under seal. A proposed order is filed herewith.

DATED this 26th day of June, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Frank V. Russo
FRANK V. RUSSO
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE SEALED AFFIDAVIT was served via Certified U.S. Mail, Return Receipt Requested (together with the Verified Complaint for Forfeiture), this 26th day of June, 2006, on:

NADA MORTENSON    (Conservator for Thomas M. Cody, IV)
3731 214th Lane NW
Oak Grove, MN 55303

WILL SHERMAN    (Counsel for Nada Mortenson)
645 G Street, Suite 100
Anchorage, AK 99501


s/Frank V. Russo