IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| v. | ) | **MOTION TO FILE AFFIDAVIT** |
| | ) | **UNDER SEAL** |
| $46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $28,871.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, AND $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**IT IS SO ORDERED.**

The government's Motion for Leave to File Sealed Affidavit in Support of Complaint for Forfeiture is hereby **granted**.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE