DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR JUDICIAL** |
| v. | ) | **ISSUANCE OF IN REM WARRANT** |
| | ) | **OF ARREST** |
| $46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $28,871.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, AND $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and

pursuant to Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims,

Federal Rules of Civil Procedure, and the Verified Complaint for Forfeiture filed contemporaneously herewith, requests judicial issuance of an <u>in rem</u> warrant of arrest for the Defendant Funds (proposed warrant attached hereto).

DATED this 26th day of June, 2006 in Anchorage, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney

                s/Frank V. Russo
                FRANK V. RUSSO
                Assistant U.S. Attorney
                Federal Building & U.S. Courthouse
                222 W. 7th Avenue, #9, Room 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-5071
                Fax: (907) 271-1500
                E-mail: frank.russo@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing REQUEST FOR JUDICIAL ISSUANCE OF IN REM WARRANT OF ARREST was served (together with the Verified Complaint for Forfeiture) via Certified U.S. Mail, Return Receipt Requested, this 26th day of June, 2006, on:

NADA MORTENSON    (Conservator for Thomas M. Cody, IV)
3731 214th Lane NW
Oak Grove, MN 55303

WILL SHERMAN    (Counsel for Nada Mortenson)
645 G Street, Suite 100
Anchorage, AK 99501

s/Frank V. Russo