IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3-06-cv-00153-RRB-JDR |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING GOVERNMENT'S** |
| v. | ) | **MOTION TO FILE AFFIDAVIT** |
| | ) | **UNDER SEAL** |
| $46,911.64 IN U.S. CURRENCY | ) | |
| HELD IN NORTHRIM BANK | ) | |
| ACCOUNT NUMBER 7100390025, | ) | |
| $45,571.70 IN U.S. CURRENCY | ) | |
| HELD IN FIRST NATIONAL BANK | ) | |
| OF ALASKA ACCOUNT NUMBER | ) | |
| 30425268, | ) | |
| $28,871.70 IN U.S. CURRENCY | ) | |
| HELD IN FIRST NATIONAL BANK | ) | |
| OF ALASKA ACCOUNT NUMBER | ) | |
| 30481808, AND | ) | |
| $6,864.48 IN U.S. CURRENCY HELD | ) | |
| IN ALASKA USA FEDERAL CREDIT | ) | |
| UNION ACCOUNT NUMBER 204509, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**IT IS SO ORDERED.**

The government's Motion for Leave to File Sealed Affidavit in Support of Complaint

for Forfeiture is hereby **granted**.

DATED: June 28, 2006

/s/ John D. Roberts_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE  JUDGE

U.S. v. $46,911.64 In U.S. Currency
Order Granting Government's Motion to File Affidavit Under Seal