DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>v.<br><br>$46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $13,250.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, AND $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509,<br><br>               Defendants. | ) Case No. 3:06-cv-00153-RRB-JDR<br>)<br>)<br>) **AMENDED VERIFIED COMPLAINT**<br>) **FOR FORFEITURE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

      COMES NOW Plaintiff United States of America, by and through counsel, and respectfully states as follows:

I.

This is a civil action <u>in rem</u> brought to forfeit and condemn to the use and benefit of the United States of America the following property: $46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $13,250.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, and $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509 ("Defendant Funds"), which are hereby alleged to constitute moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and moneys used or intended to be used to facilitate violations of 21 U.S.C. §§ 841, <u>et seq.</u>, and are therefore, subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

II.

This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. § 881(a)(6).

III.

The account holders of the Defendant, $46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, are Thomas Cody and his mother,

Nada Mortenson (as of August 30, 2005, when she was added to the account as conservator of the Thomas M. Cody, IV conservatorship).

IV.

The account holder of the Defendant, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, is Thomas Cody.

V.

The account holders of the Defendant, $13,250.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, are Thomas Cody and Nada Mortenson. Ms. Mortenson opened this account in September 2005 as a conservatorship account in the name of her son, CODY.

VI.

The account holders of the Defendant, $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509, are Thomas Cody and Nada Mortenson (as of August 30, 2005, when she was added to the account on as conservator of the Thomas M. Cody, IV conservatorship).

VII.

The Defendant Funds have not been seized, but all are located within this district and within the jurisdiction of the Court.

VIII.

There is probable cause to believe that the Defendant Funds are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), as set forth in the Affidavit of IRS Special Agent Lawrence Calderone (FILED UNDER SEAL), which is incorporated herein.

IX.

The Defendant Funds constitute drug proceeds, property traceable to drug sales, and property used or intended to be used to facilitate drug trafficking; as such, the Defendant Funds are subject to forfeiture under 21 U.S.C. § 881(a)(6).

WHEREFORE, Plaintiff United States of America prays that:

1.  A Warrant of Arrest *In Rem* issue for the arrest of the Defendants, $46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $13,250.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, and $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509;

2.  That due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

3.  That judgment be entered declaring the Defendants, $46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025,

$13,250.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, and $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509, forfeited to the United States of America for disposition according to law; and

4. That the Court thereafter order that the Department of the Treasury, or its contractor, EG&G, dispose of the Defendant Funds as provided by law; and

5. That the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED this 28th day of June, 2006 in Anchorage, Alaska.

<div style="margin-left:40%">

DEBORAH M. SMITH
Acting United States Attorney

*/s/*

for FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

</div>

## VERIFICATION

I have read the contents of the foregoing Amended Verified Complaint for Forfeiture, and the supporting Affidavit (FILED UNDER SEAL) thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 28th day of June, 2006 in Anchorage, Alaska.

_____
LAWRENCE CALDERONE
Special Agent, Internal Revenue Service

SUBSCRIBED AND SWORN to before me on this 28th day of June, 2006 in Anchorage, Alaska.

_____
NOTARY PUBLIC, State of Alaska
My Commission expires: 10/26/2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing AMENDED VERIFIED COMPLAINT FOR FORFEITURE was served via Certified U.S. Mail, Return Receipt Requested, the 29th day of June, 2006, on:

NADA MORTENSON   (Conservator for Thomas M. Cody, IV)
3731 214th Lane NW
Oak Grove, MN 55303

WILL SHERMAN   (Counsel for Nada Mortenson)
645 G Street, Suite 100
Anchorage, AK 99501

*Katie Voke*
United States Attorney's Office