DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: frank.russo@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-00153-RRB-JDR |
| ) | |
| Plaintiff, ) | **MOTION FOR AMENDED WARRANT** |
| v. ) | **OF ARREST IN REM** |
| ) | |
| $46,911.64 IN U.S. CURRENCY ) | |
| HELD IN NORTHRIM BANK ) | |
| ACCOUNT NUMBER 7100390025, ) | |
| $13,250.43 IN U.S. CURRENCY ) | |
| HELD IN FIRST NATIONAL BANK ) | |
| OF ALASKA ACCOUNT NUMBER ) | |
| 30425268, ) | |
| $45,571.70 IN U.S. CURRENCY ) | |
| HELD IN FIRST NATIONAL BANK ) | |
| OF ALASKA ACCOUNT NUMBER ) | |
| 30481808, AND ) | |
| $6,864.48 IN U.S. CURRENCY HELD ) | |
| IN ALASKA USA FEDERAL CREDIT ) | |
| UNION ACCOUNT NUMBER 204509, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and

pursuant to Rule C(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims,

Federal Rules of Civil Procedure, and the Amended Verified Complaint for Forfeiture filed contemporaneously herewith, and hereby moves this Court to amend the Warrant of Arrest In Rem issued in this case on June 28, 2006. In the original Warrant (and the original Complaint), the balances in the two First National Bank of Alaska accounts (defendants 2 and 3) were incorrect. Instead, the Warrant should refer to defendants 2 and 3 as follows:

> $13,250.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, and
>
> $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808.

<u>See</u> caption above. Filed herewith is a proposed (Amended) Warrant of Arrest In Rem, in which the only changes are the corrected account balances.

Respectfully submitted this 28th day of June, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/Frank V. Russo
> FRANK V. RUSSO
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: frank.russo@usdoj.gov

U.S. v. $46,911.64 In U.S. Currency, et al.
Case No. 3:06-cv-153-RRB-JDR
Motion for Amended Warrant of Arrest In Rem            2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing MOTION FOR AMENDED WARRANT OF ARREST IN REM was served (together with the Amended Verified Complaint for Forfeiture) via Certified U.S. Mail, Return Receipt Requested, the $29^{9h}$ day of June, 2006, on:

NADA MORTENSON    (Conservator for Thomas M. Cody, IV)
3731 214th Lane NW
Oak Grove, MN 55303

WILL SHERMAN    (Counsel for Nada Mortenson)
645 G Street, Suite 100
Anchorage, AK 99501

s/Frank V. Russo

U.S. v. $46,911.64 In U.S. Currency, et al.
Case No. 3:06-cv-153-RRB-JDR
Motion for Amended Warrant of Arrest In Rem            3