IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-00153-RRB-JDR |
| ) | |
| Plaintiff, ) | **AMENDED WARRANT OF ARREST** |
| v. ) | **IN REM** |
| ) | |
| $46,911.64 IN U.S. CURRENCY ) | |
| HELD IN NORTHRIM BANK ) | |
| ACCOUNT NUMBER 7100390025, ) | |
| $13,250.43 IN U.S. CURRENCY ) | |
| HELD IN FIRST NATIONAL BANK ) | |
| OF ALASKA ACCOUNT NUMBER ) | |
| 30425268, ) | |
| $45,571.70 IN U.S. CURRENCY ) | |
| HELD IN FIRST NATIONAL BANK ) | |
| OF ALASKA ACCOUNT NUMBER ) | |
| 30481808, AND ) | |
| $6,864.48 IN U.S. CURRENCY HELD ) | |
| IN ALASKA USA FEDERAL CREDIT ) | |
| UNION ACCOUNT NUMBER 204509, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TO:   THE DEPARTMENT OF THE TREASURY FOR THE
        DISTRICT OF ALASKA**:

WHEREAS, an Amended Verified Complaint for Forfeiture was filed in the United States District Court for the District of Alaska, alleging that the $46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $13,250.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, AND $6,864.48 IN

U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509 ("Defendant Funds"), constitute moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and moneys used or intended to be used to facilitate violations of 21 U.S.C. §§ 841, et seq., and are, therefore, forfeitable to the United States of America, pursuant to 21 U.S.C. § 881(a)(6).

AND, the Court being satisfied that based upon the Amended Verified Complaint for Forfeiture and the Affidavit of IRS SA Lawrence Calderone (FILED UNDER SEAL) attached thereto, there is probable cause to believe that the above-described Defendant Funds constitute moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance, proceeds traceable to such an exchange, and moneys used or intended to be used to facilitate violations of 21 U.S.C. §§ 841, et seq., and are subject to arrest and forfeiture under 21 U.S.C. § 881(a)(6), and that grounds for application for issuance of a warrant of arrest in rem exist, title having vested in the United States by operation of law.  18 U.S.C. § 981(f).

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest the Defendant Funds.

YOU ARE FURTHER ORDERED to maintain custody of the Defendant Funds as provided by 18 U.S.C. §§ 981(c) and (d) and 19 U.S.C. §1605 until further order of this Court, respecting the same.  The Department of the Treasury, or its contractor, EG&G, shall use its discretion and whatever means appropriate to protect, maintain and exercise dominion

and control over the Defendant Funds, and to bring such before this Court pursuant to 28 U.S.C. § 1355(d).

YOU ARE ALSO COMMANDED to serve upon the owner(s) of record of the Defendant Funds, a copy of this Warrant in a manner consistent with the principles of service of process of an action <u>in rem</u> under the Supplemental Rules for Certain Admiralty and Maritime Claims and the Federal Rules of Civil Procedure, within a reasonable time of arrest. AND UPON APPLICATION of the Plaintiff, United States of America, and pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court shall issue any order necessary to effectuate and prevent the frustration of the execution of this Warrant.

YOU ARE ALSO COMMANDED to give due notice to all persons and entities having an interest in the Defendant Funds under arrest by publication in a newspaper of general circulation in the judicial district where the Defendant Funds were arrested.

A RETURN of this Warrant shall be promptly made to the Court identifying the individuals upon whom copies were served and the manner employed, and a statement as to the satisfaction of the orders herein issued.

All persons claiming an interest in the Defendant Funds must file a verified statement identifying the interest or right with the Clerk of Court, United States District Court, District of Alaska, 222 W. 7th Avenue, #4, Anchorage, AK, 99513-7564, within 30 days after the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Also pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, persons claiming an interest in the Defendant Funds shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to Assistant U.S. Attorney James Barkeley, United States Attorney's Office, 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602–1619, and Title 21, United States Code of Federal Regulations, Sections 1316.71–1316.18.

DATED:_____

_____
HON. JOHN D. ROBERTS
United States Magistrate Judge