Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Nada Mae Mortenson and the Thomas M. Cody IV Conservatorship

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $13,250.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $45,571.70 IN U.S. CURENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, AND $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509<br><br>　　　　Defendants. | Case No. A06-CV-00153-RRB-JDR<br><br>**ANSWER TO AMENDED VERIFIED COMPLAINT FOR FORFEITURE** |

　　　Nada Mortenson as Conservator for the Thomas M. Cody IV

Conservatorship, answers the United States' Amended Verified Complaint for

Forfeiture as follows:

ANSWER TO AMEND. COMPLAINT        - 1 -

**I**.

To the extent this paragraph requires an Answer, it is denied.

**II**.

Admitted.

**III.**

Admitted.

**IV.**

Admitted.

**V.**

Admitted.

**VI.**

Admitted.

**VII.**

Mrs. Mortenson denies the funds have not been seized.  She admits the funds were, prior to their seizure, located within the Alaska District.

**VIII**

Mrs. Mortenson has not been provided access to the referenced Affidavit. Nonetheless, the contents of this paragraph are denied.

**IX.**

Denied.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to allege a substantial connection between the defendant funds and any alleged offenses meriting forfeiture.

2. Mr. Cody, Mrs. Mortenson and/or the Thomas M. Cody IV Conservatorship are innocent owners of the defendant funds.

3. The forfeiture sought represents fines and/or punishments that are grossly excessive to any of the alleged offenses and are unconstitutional.

4. The Plaintiff has failed to allege offenses warranting forfeiture with any particularity.

5. Plaintiff's claims are based upon evidence illegally obtained.

6. Plaintiff's claims are barred by the statute of limitations.

7. Plaintiff's claims are barred by laches, estoppel, or unclean hands.

8. Plaintiff's claims are barred by failure to name an indispensable party.

9. Plaintiff has failed to state a claim on which relief can be granted.

## REMEDIES SOUGHT

Therefore, Nada Mortenson, requests the Court

a. Find against Plaintiff on all its claims;

b. order that some or all of the defendant property be returned to Mr. Cody, Mrs. Mortenson and/or the Thomas M. Cody IV Conservatorship;

c. award Mrs. Mortenson her costs and legal fees spent in this action;

d. make any other award to Mrs. Mortenson that the Court deems just.

DATED, July 12, 2006, at Anchorage, Alaska

/s WILL SHERMAN
645 G St., Suite 100 #856
Anchorage, AK 99501
Tel:   (907) 277-1966
Fax    (866) 398-3561
e-mail: wfs@lexalaska.com
ABA #0205014

**CERTIFICATE OF SERVICE**

I certify that on July 12, 2006, a copy of the foregoing document was served <u>electronically</u> by ECF upon:

The ECM/ECF Service List

<u>s/ Will Sherman</u>
Certification Signature