

Will Sherman
645 G St., Suite 100
Anchorage, AK 99501
Tel: (907) 277-1966
Fax: (866) 398-3561
wfs@lexalaska.com

Attorney for Nada Mae Mortenson and the Thomas M. Cody IV Conservatorship

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $13,259.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $45,571.70 IN U.S. CURENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, AND $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509<br><br>Defendants. | Case No. A06-CV-00153-RRB-JDR<br><br>**VERIFIED STATEMENT OF INTEREST** |

Nada Mortenson as Conservator for the Thomas M. Cody IV

Conservatorship, claims an interest in the Defendant Funds in this case.

VERIFIED STATEMENT OF INTEREST       - 1 -

The Alaska Superior Court has appointed Mrs. Mortenson Conservator for Mr. Thomas M. Cody IV, holder of the accounts containing the Defendant Funds. (See attached Letters of Conservatorship).

Mrs. Mortenson is responsible for the Defendant Funds, and thus claims an interest in them in these proceedings.

DATED, _11 JULY_, 2006, at Anchorage, Alaska

/s WILL SHERMAN
645 G St., Suite 100 #856
Anchorage, AK 99501
Tel:   (907) 277-1966
Fax   (866) 398-3561
e-mail: wfs@lexalaska.com
ABA #0205014

### VERIFICATION

I have read the contents of the foregoing Verified Statement of Interest, and the supporting documents, and the statements contained therein are true to the best of my knowledge and belief.

I further state that Will Sherman has my permission to enter an appearance in this matter as attorney for myself, as Conservator, and for the Thomas M. Cody IV Conservatorship.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ~~June~~ _7_ (nm) July, 2006 in _St Francis_, MN

_Nada Mae Mortenson_ (signature)
Nada Mae Mortenson

SUBSCRIBED AND SWORN to before me on _7_ ~~June~~ July, 2006 (cm), at _St Francis_, MN

_Christine A. McClellan_
NOTARY PUBLIC in and for Minnesota
My commission expires _01-31-2011_

[Notary Seal: CHRISTINE A. McCLELLAN, Notary Public, Minnesota, My Commission Expires January 31, 2011]

VERIFIED STATEMENT OF INTEREST        - 2 -

**CERTIFICATE OF SERVICE**

I certify that on July 13, 2006, a copy of this document was served by mail and ECM on:

Clerk of Court
United States District Court
District of Alaska
222 W. 7th Avenue, #4
Anchorage, AK 99513-7564

s/ Will Sherman
Certification Signature

VERIFIED STATEMENT OF INTEREST      - 3 -