NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-153-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF EXECUTION OF** |
| v. | ) | **AMENDED WARRANT OF ARREST** |
| | ) | ***IN REM* ON ALASKA USA FEDERAL** |
| $46,911.64 IN U.S. CURRENCY | ) | **CREDIT UNION** |
| HELD IN NORTHRIM BANK | ) | |
| ACCOUNT NUMBER 7100390025, | ) | |
| $13,250.43 IN U.S. CURRENCY | ) | |
| HELD IN FIRST NATIONAL BANK | ) | |
| OF ALASKA ACCOUNT NUMBER | ) | |
| 30425268, | ) | |
| $45,571.70 IN U.S. CURRENCY | ) | |
| HELD IN FIRST NATIONAL BANK | ) | |
| OF ALASKA ACCOUNT NUMBER | ) | |
| 30481808, AND | ) | |
| $6,864.48 IN U.S. CURRENCY HELD | ) | |
| IN ALASKA USA FEDERAL CREDIT | ) | |
| UNION ACCOUNT NUMBER 204509, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff United States of America, by and through counsel, hereby informs the Court that the Amended Warrant of Arrest *In Rem* was executed on Alaska USA Federal Credit Union on June 29, 2006, pursuant to the attached return by IRS Special Agent Lawrence Calderone. Exhibit 1.

DATED this 1st day of November, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF EXECUTION OF WARRANT OF ARREST IN REM ON ALASKA USA FEDERAL CREDIT UNION was sent via Certified U.S. Mail, Return Receipt Requested, this 1st day of November, 2006, to:

WILL SHERMAN     (Counsel for Nada Mortenson)
645 G Street, Suite 100
Anchorage, AK 99501

s/James Barkeley