

# Department of the Treasury
*Federal Law Enforcement Agencies*
**PROCESS RECEIPT AND RETURN**

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:06-cv-00153-RRB |
|---|---|
| DEFENDANT<br>U.S. v. $46,911.64 In U.S. Currency, et al. | TYPE OF PROCESS<br>Service of Warrant |

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>Alaska USA Federal Credit Union |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>4000 Credit Union Drive, Anchorage, Alaska 99503 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>KATIE VOKE<br>United States Attorney's Office<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513-7567 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)
Please serve the attached Amended Warrant of Arrest In Rem on the above-referenced financial institution.

| Signature of Attorney or other Originator requesting service on behalf of<br>Katie Voke  *Katie Voke* | PLAINTIFF  XXXX<br>DEFENDANT | TELEPHONE NO.<br>(907) 271-2304 | DATE<br>7/5/06 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the total number Of process indicated | District of Origin No.____ | District to Serve No.____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>6/29/06 | TIME OF SERVICE | AM<br>PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY  *IRS-CID SPECIAL AGENT* | | |

REMARKS:

TDF 90-22.48  (6/96)

Exhibit __1__
Page __1__ of __2__ pages

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM

**AlaskaUSA**
Federal Credit Union®   1-800-525-9094
www.alaskausa.org

69-7202/3252

June 28, 2006    00 0000432524

PAY    $**6,864.48**

TO THE   UNITED STATES TREASURY
ORDER   FBO: THOMAS M CODY IV
OF

THIS ITEM MUST BE CASHED WITHIN 60 DAYS
ALASKA USA FEDERAL CREDIT UNION

_____
AUTHORIZED SIGNATURE

⑆000043252⑆ ⑈325272021⑈ 500990000001 7⑆

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

Exhibit ___1___
Page ___2___ of ___2___ pages

112,598.25