

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:06-cv-00153-RRB | |
|---|---|---|
| DEFENDANT<br>U.S. v. $46,911.64 In U.S. Currency, et al. | TYPE OF PROCESS<br>Service of Warrant | |
| **SERVE AT** | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE<br>First National Bank of Alaska | |
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)<br>P.O. Box 100720, Anchorage, Alaska 99510 | |
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>KATIE VOKE<br>United States Attorney's Office<br>222 W. 7th Avenue, #9, Room 253<br>Anchorage, AK 99513-7567 | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

**Please serve the attached Amended Warrant of Arrest In Rem on the above-referenced financial institution.**

| Signature of Attorney or other Originator requesting service on behalf of<br>Katie Voke  /s/ Katie Voke | PLAINTIFF XXXX<br>DEFENDANT | TELEPHONE NO.<br>(907) 271-2304 | DATE<br>7/5/06 |
|---|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

| NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE: | A person of suitable age and discretion then residing In the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above) | DATE OF SERVICE<br>8/29/06 | TIME OF SERVICE | AM<br>PM |
| | SIGNATURE, TITLE AND TREASURY AGENCY  *[signature]*  IRS-CID SPECIAL AGENT | | |

**REMARKS:**

Exhibit __1__
Page __1__ of __2__ pages

TDF 90-22.48 (6/96)

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM

**First National Bank ALASKA** MEMBER FDIC

CASHIER'S CHECK No. 63005607

89-6
1252

PAY **PAY ONLY 45571 70 CTS** Date/Time 06/29/2006 08:53 AM AJJ

■ FORTY FIVE THOUSAND FIVE HUNDRED SEVENTY ONE DOLLARS AND 70 CENTS **********

To The Order Of **UNITED STATES TREASURY**

*****$45,571.70

Remitter or Purchaser
FNBA DDA# 30481808

VOID OVER $45,571.70

Authorized Signature

MEMO: CASE# 3:06-SC-00153-RRD-JDR

⑈63005607⑈ ⑆125200060⑆ ⑈2061009801⑈

---

THE VARIABLE TONE BACKGROUND AREA OF THIS DOCUMENT CHANGES COLOR GRADUALLY AND SMOOTHLY FROM DARKER TONES AT BOTH TOP AND BOTTOM TO THE LIGHTEST TONE IN THE MIDDLE.

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT WITH DARKER AREAS BOTH TOP AND BOTTOM

**First National Bank ALASKA** MEMBER FDIC

CASHIER'S CHECK No. 63005608

89-6
1252

PAY **PAY ONLY 13250 43 CTS** Date/Time 06/29/2006 08:53 AM AJJ

■ THIRTEEN THOUSAND TWO HUNDRED FIFTY DOLLARS AND 43 CENTS **********

To The Order Of **UNITED STATES TREASURY**

*****$13,250.43

Remitter or Purchaser
FNBA DDA# 30425268

VOID OVER $13,250.43

Authorized Signature

MEMO: CASE# 3:06-CV-00153-RRB-JDR

⑈63005608⑈ ⑆125200060⑆ ⑈2061009801⑈

Exhibit 1
Page 2 of 2 pages

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.