NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-153-RRB |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF COUNSEL IN** |
| v. | ) | **SUPPORT OF APPLICATION FOR** |
| | ) | **ENTRY OF DEFAULT** |
| $46,911.64 IN U.S. CURRENCY | ) | |
| HELD IN NORTHRIM BANK | ) | |
| ACCOUNT NUMBER 7100390025, | ) | |
| $13,250.43 IN U.S. CURRENCY | ) | |
| HELD IN FIRST NATIONAL BANK | ) | |
| OF ALASKA ACCOUNT NUMBER | ) | |
| 30425268, | ) | |
| $45,571.70 IN U.S. CURRENCY | ) | |
| HELD IN FIRST NATIONAL BANK | ) | |
| OF ALASKA ACCOUNT NUMBER | ) | |
| 30481808, AND | ) | |
| $6,864.48 IN U.S. CURRENCY HELD | ) | |
| IN ALASKA USA FEDERAL CREDIT | ) | |
| UNION ACCOUNT NUMBER 204509, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

STATE OF ALASKA            )
                           )ss.
THIRD JUDICIAL DISTRICT    )

JAMES BARKELEY, being duly sworn under oath, deposes and states as follows:

1. That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the plaintiff herein.

2. That notice of this judicial forfeiture action was published in the Anchorage Daily News on July 16, 23, and 30, 2006. Docket 18.

3. That William Sherman, counsel for Nada Mortenson, was personally served with the Verified Complaint for Forfeiture, Request for Judicial Issuance of *In Rem* Warrant of Arrest and proposed Warrant, Notice of Related Case, and Motion for Leave to File Sealed Affidavit, all filed on June 26, 2006, via Certified U.S. Mail, Return Receipt Requested, on July 6, 2006. Docket 17.

4. That William Sherman, counsel for Nada Mortenson, was personally served with notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested, on July 25, 2006. Docket 17.

5. That to the best of my information and knowledge, Nada Mortenson is not an infant or incompetent person and is not in the military service within the purview of the Soldiers' and Sailors' Relief Act of 1940, as amended.

6. That more than 30 days, exclusive of the dates of service, have elapsed since the Nada Mortenson was served with process and notice of this judicial forfeiture case, and

no claim or answer has been served or filed, and the time for doing so has now fully elapsed, and therefore, Ms. Mortenson is now in default.

7. That more than 30 days have elapsed since the date of final publication of notice of this judicial forfeiture action, and no claim or answer has been served or filed by any person or entity, and the time for doing so has now fully elapsed, and therefore, all persons and entities claiming an interest in the defendant property are now in default.

EXECUTED this 2nd day of November, 2006 in Anchorage, Alaska.

*(signature)*
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

SUBSCRIBED AND SWORN TO before me on this 2nd day of November, 2006 in Anchorage, Alaska.

*(signature)*
NOTARY PUBLIC, State of Alaska
My commission expires: 5/4/2007

U.S. v. $46,911.64 In U.S. Currency, et al.
Case No. 3:06-cv-153-RRB

3

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing AFFIDAVIT OF COUNSEL IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT was sent via Certified U.S. Mail, Return Receipt Requested, this 2nd day of November, 2006, to:

WILL SHERMAN    (Counsel for Nada Mortenson)
645 G Street, Suite 100
Anchorage, AK 99501

s/James Barkeley