

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 3:06-cr-153-RRB |
| **DEFENDANT** $46,911.64 IN U.S. CURRENCY, et al. | **TYPE OF PROCESS** Personal Service |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
WILL SHERMAN (Counsel for Nada Mortenson)

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)
645 G Street, Suite 100, Anchorage, AK 99501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

| | |
|---|---|
| NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
| NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

**Please serve the attached Notice of forfeiture on the above-referenced individual via Certified U.S. Mail, Return Receipt Requested.**

Signature of Attorney or other Originator requesting service on behalf of   PLAINTIFF XXXX   TELEPHONE NO.   DATE
Katie Voke                                                                  DEFENDANT          (907) 271-2304  7/14/06

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number Of process indicated | District of Origin No.___ | District to Serve No.___ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. *[signature]* | DATE 7/14/06 |

I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, HAVE LEGAL EVIDENCE OF SERVICE, HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE
Linda Costa

A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 7/25/06   TIME OF SERVICE: ___ AM/PM

SIGNATURE, TITLE AND TREASURY AGENCY
*[signature]* SA, IRS

**REMARKS:** Mailed 7/17/06 Certified mail #7002 2030 0007 6477 4676
Signed receipt on 7/25/06

Exhibit **2**
Page **1** of **2** pages



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Criminal Investigation

August 7, 2006

Katie Voke
U. S. Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Re:   $46,911.64 in U.S. Currency, etal
      3:06-cr-153-RRB

Dear Katie:

Enclosed is one completed Process Receipt and Return Form and US Postal Service return receipt showing the service of a Notice to Will Sherman, Esq. in the above referenced civil case.

If you have any questions, please contact me at (541) 282-1342.

Sincerely,

Craig Bitterman

Enclosures

Exhibit 2
Page 2 of 2 pages

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Will Sherman Esq.
   645 G Street Suite 100
   Anchorage, AK 99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Lincle Costr    ☑ Agent   ☐ Addressee

B. Received by (Printed Name):  L Costa
C. Date of Delivery: 7-25-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 2030 0007 6477 4676

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-15