# Anchorage Daily News
## Affidavit of Publication

7/31/2006

1001 Northway Drive. Anchorage. AK 99508

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|------|------|----|---------|---------------|---------------|------------------|------------------|------------------|------------------|-------------|
| 873776 | 07/16/2006 | | 2821342BITT | $135.88 | | | | | | |
| | 07/23/2006 | | 2821342BITT | $135.88 | | | | | | |
| | 07/30/2006 | | 2821342BITT | $135.88 | | | | | | |
| | | | | $407.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $407.64 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed _____

Subscribed and sworn to me before this date:

_July 31, 2006_

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: _09/12/2007_

**NOTICE OF:**

United States of America v. $46,911.64 in U.S. Currency Held in Northrim Bank Account Number 7100390025; $13,250.43 in U.S. Currency Held in FNB of Alaska Account Number 30425268; $45,571.70 in U.S. Currency Held in FNB of Alaska Account Number 30481808; & $6,864.48 in U.S. Currency Held in Alaska USA Federal Credit Union Account Number 204599 Case No. 3:06-cv-153-RRB

To all interested persons in the above-styled case, notice is hereby given that on June 28, 2006, the United States of America filed an action pursuant to 21 U.S.C. § 881(a)(6) and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of the above-referenced funds held in the name of Thomas Cody and/or Noda Mortenson as Conservator.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Publish: July 16, 23, 30, 2006

Exhibit ____
Page ____ of ____ pages