NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-153-RRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF ERRATA** |
| v. | ) | |
| | ) | |
| $46,911.64 IN U.S. CURRENCY | ) | |
| HELD IN NORTHRIM BANK | ) | |
| ACCOUNT NUMBER 7100390025, | ) | |
| $13,250.43 IN U.S. CURRENCY | ) | |
| HELD IN FIRST NATIONAL BANK | ) | |
| OF ALASKA ACCOUNT NUMBER | ) | |
| 30425268, | ) | |
| $45,571.70 IN U.S. CURRENCY | ) | |
| HELD IN FIRST NATIONAL BANK | ) | |
| OF ALASKA ACCOUNT NUMBER | ) | |
| 30481808, AND | ) | |
| $6,864.48 IN U.S. CURRENCY HELD | ) | |
| IN ALASKA USA FEDERAL CREDIT | ) | |
| UNION ACCOUNT NUMBER 204509, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, hereby informs the Court

of an error in the Application for Entry of Default filed November 2, 2006 at docket 23. The government erroneously included Nada Mortenson in its motion to the Clerk for entry of default. The United States respectfully requests the Clerk of Court to consider the Application for Entry of Default in favor of the United States and against all those persons and entities claiming an interest in the defendant property for failure to plead, answer, or otherwise defend as required by law, **except with regard to Nada Mortenson**. Ms. Mortenson did timely file a verified statement of interest and answer in this case. An amended, proposed Entry of Default is filed herewith. The United States apologizes to the Court and claimant Nada Mortenson for any inconvenience or confusion caused by this error.

DATED this 6th day of November, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing NOTICE OF ERRATA and amended proposed ENTRY OF DEFAULT were sent electronically this 6th day of November, 2006, to:

WILL SHERMAN     (Counsel for Nada Mortenson)
645 G Street, Suite 100
Anchorage, AK 99501

s/James Barkeley