IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-153-RRB |
| | ) | |
| Plaintiff, | ) | **(Amended) ENTRY OF DEFAULT** |
| v. | ) | |
| | ) | |
| $46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $13,250.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, AND $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

WHEREAS the notice of this judicial forfeiture action has been published in the Anchorage Daily News on July 16, 23, and 30, 2006;

AND WHEREAS according to the record in this case and the affidavit of counsel for the plaintiff, no persons or entities have pled or otherwise defended in said action as required by said notice and provided by the United States Code and the Supplemental Rules for Certain Admiralty and Maritime Cases;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT is hereby entered of all persons and entities claiming an interest in the defendant property,

excluding Nada Mortenson and those who have filed claims and answers pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Cases or complaints in intervention in the above-captioned case.

    DATED:_____

                         _____
                         IDA ROMACK, Clerk of the Court
                         Deputy Clerk:_____

U.S. v. $46,911.64 In U.S. Currency, et al.
Case No. 3:06-cv-153-RRB

2