**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u> v. <u>$46,911.64 IN U.S. CURRENCY, et al</u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                         CASE NO.  <u>3:06-cv-00153-RRB</u>

 <u>CAROLYN BOLLMAN</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: <u>February 26, 2008</u>

  There has been no activity in the case since Clerk's Entry of Default entered November 9, 2006.  Counsel for plaintiff shall file a Status Report due March 10, 2008.

[Carolyns status report order.wpd]{IA.WPD*Rev.12/96}