NELSON P. COHEN
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cv-153-RRB |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT** |
| v. | ) | |
| | ) | |
| $46,911.64 IN U.S. CURRENCY HELD IN NORTHRIM BANK ACCOUNT NUMBER 7100390025, $13,250.43 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30425268, $45,571.70 IN U.S. CURRENCY HELD IN FIRST NATIONAL BANK OF ALASKA ACCOUNT NUMBER 30481808, AND $6,864.48 IN U.S. CURRENCY HELD IN ALASKA USA FEDERAL CREDIT UNION ACCOUNT NUMBER 204509, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

COMES NOW plaintiff United States of America, by and through counsel, and hereby submits this status report pursuant to the Court Order at docket 29. Although the plea of Thomas Ranes in Case No. 3:06-cr-041-RRB indicates that that case is nearly concluded, the investigation of defendants in that case has yielded numerous leads which remain to be investigated. If the government were to engage in civil discovery at this juncture, at least three multiple-defendant criminal investigations would be impaired by the disclosure of the government's basis for forfeiture in this action. Therefore, the government's affirmative provision of discovery should be further delayed in deference to these ongoing criminal investigations, the details of which, if necessary, can be disclosed to the Court on an ex parte, in camera basis in conjunction with a formal motion to stay these proceedings. On the other hand, the government continues to suggest that claimants can and should provide their discovery to the government while parallel criminal investigations proceed.

DATED this 10th day of March, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-6011
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing STATUS REPORT was sent electronically this 10th day of March, 2008, to:

WILL SHERMAN     (Counsel for Nada Mortenson)
645 G Street, Suite 100
Anchorage, AK 99501

s/James Barkeley